No. 7,854.—STATE ex rel. POTTS, Relator, *v.* DISTRICT
COURT et al., Respondents.

Decided September 26, 1938.

Original application made on July 11, 1938, by the State on
the relation of Joseph W. Potts for writ of certiorari directed
to the District Court of Deer Lodge County and R. E. McHugh,
Judge thereof, to review a judgment of contempt against said
Potts arising out of an action wherein R. Lewis Brown and
another, as receivers of the Montana Southwestern Railway
Company, were plaintiffs and relator was defendant. Writ
was issued and made returnable on September 27, 1938. On
September 21 a stipulation was filed that in view of the death
of relator Potts, the proceeding be dismissed, each party to
pay his own costs. On September 26, 1938, an order was made
dismissing the application agreeably to the stipulation.

*Mr. J. A. Poore, Mr. W. D. Kyle,* and *Messrs. Gilbert, Gilbert & McFadden,* for Relator.

*Mr. R. Lewis Brown, Messrs. Emigh & Murray,* for Respondents.